AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Diane Foley et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-05691-NGG-MMH |
| Lafarge S.A.; Lafarge Cement Holding Limited; and Lafarge Cement Syria S.A. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                 .

Date:   08/03/2023

/s/ Joshua D. Branson
*Attorney's signature*

Joshua D. Branson (DC Bar No. 981623)
*Printed name and bar number*

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
*Address*

jbranson@kellogghansen.com
*E-mail address*

(202) 326-7900
*Telephone number*

(202) 326-7999
*FAX number*