UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

| | |
|---|---|
| DIANE FOLEY, individually, and for the estate of JAMES FOLEY, JOHN W. FOLEY, JOHN E. FOLEY, MARK FOLEY, KATHRYN SIMPSON, MICHAEL FOLEY, RICHARD MUELLER II, individually, and for the estate of KAYLA MUELLER, MARSHA MUELLER, ERIC MUELLER, ARTHUR SOTLOFF, individually, and for the estate of STEVEN SOTLOFF, SHIRLEY SOTLOFF, LAUREN SOTLOFF, MATTHEW SCHRIER, ASHLEY WHEELER, D.W., by and through his next friend Ashley Wheeler, HEATHER HARBOUR-QUACKENBUSH, RACHEL QUACKENBUSH, SCOTTY QUACKENBUSH, TATIRA WADE, ZACHARIAH WHEELER, FREDERICK CARDIN, HAYLEY SIMPKIN, NELLIE CARDIN, POLLYANNA DHANANI, VINCENT CARDIN, ALI MADINA, TATSIANA NEUDAKH, A.M., by and through her next friend Ali Madina, L.M., by and through her next friend Ali Madina, RYAN GALDES, C.G., by and through her next friend Ryan Galdes, NATHAN STALLTER, ALDENE LEE, individually, and for the estate of WESTON LEE, ZAKERY SPICER, MEGAN SPICER, J.S., by and through her next friend Zakery Spicer, W.A.S., by and through his next friend Zakery Spicer, W.C.S., by and through his next friend Zakery Spicer, BETH ROSEN, JERROD SPICER, LAURANNA EIFERT, NATHAN SPICER, TANNER SPICER, WILLIAM RAAK, MICHELLE BLACK, HENRY BLACK, KAREN BLACK, CRYSTAL JOHNSON, ADDIE JOHNSON, ELISA JOHNSON, JOHN JOHNSON, JENNIFER JOHNSON, JO-ANNE JOHNSON, and RICHSHAMA JOHNSON,<br><br>                     Plaintiffs,<br><br>                          v.<br><br>LAFARGE S.A., LAFARGE CEMENT HOLDING LIMITED, and LAFARGE CEMENT SYRIA S.A.,<br><br>                     Defendants. | 23-cv-05691 (NGG) (MMH)<br><br>**Oral Argument Requested** |

------------------------------------------------------------------------- X

## NOTICE OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that, upon the Complaint (ECF No. 1); the accompanying Combined Memorandum of Law, dated December 7, 2023; and upon all prior papers and proceedings herein, Defendants Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A., through their undersigned counsel, will move this Court, before the Honorable Nicholas G. Garaufis, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and at a time designated by the Court, for an Order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint in its entirety with prejudice and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
December 7, 2023

      */s/ Jay K. Musoff*
Jay K. Musoff
John Piskora
Sarah Levitan Perry
**LOEB & LOEB LLP**
345 Park Avenue
New York, NY 10154
Telephone: 212-407-4212
Facsimile: 212-407-4990

*Attorneys for Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A.*