### KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

December 10, 2025

*Via ECF*

Honorable Peggy Kuo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Plaintiffs' Motion for Issuance of Requests for International Judicial Assistance
              *Foley et al. v. Lafarge S.A. et al.*, No. 1:23-cv-05691-NGG-PK (E.D.N.Y.)
              *Black et al. v. Lafarge S.A. et al.*, No. 1:24-cv-08901-NGG-PK (E.D.N.Y.)

Dear Judge Kuo:

       We write to update the Court on Plaintiffs' Motion for Issuance of Requests for International Judicial Assistance, filed on November 24, 2025. *Foley* Dkt. 124 ("Motion"). As noted in the Memorandum of Law supporting that motion, Defendants did not provide Plaintiffs with their final position on the Motion despite repeated requests. *Foley* Dkt. 125 at 2 n.1. As a result, Plaintiffs were unable to state whether Defendants consented to or opposed the Motion. But the due date for any opposition to the Motion was yesterday, December 9, 2025. *See* Judge Kuo Individual Prac. VI.A.2.c. Defendants did not file an opposition. When Plaintiffs reached out today about filing this letter, Defendants stated via email that they take no position. Plaintiffs thus request that the Court, at its convenience: (1) enter their Proposed Order, *Foley* Dkt. 124-1; (2) sign and issue Plaintiffs' Request for Commissioner, *Foley* Dkt. 125-1; and (3) sign and issue Plaintiffs' twelve Letters of Request, *Foley* Dkts. 125-2 through 125-13.

       The Hague Convention process will likely require substantial time to complete. For that reason, Plaintiffs respectfully request that the Court issue these orders as promptly as possible. We believe that starting the Hague Convention process now will help the parties stay on track to comply with the Court's September 11, 2026 fact-discovery deadline.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable Peggy Kuo
December 10, 2025
Page 2

                                          Respectfully submitted,

                                          */s/ Joshua D. Branson*

                                          Joshua D. Branson

                                          *Counsel for Foley and Black Plaintiffs*

cc:  All counsel of record via ECF