# Exhibit 1

| | |
|---|---|
| **From:** | Robinett, Chase H. |
| **To:** | Zureick, Alyson; Paikin, Jonathan; Yi, Karis; McIntosh, Michael A; Lefkowitz, Jacob G; Nelson, Timothy G.; Bershteyn, Boris |
| **Cc:** | SERVICE LAFARGE KELLOGG; Sparacino, Ryan; "adam.goldstein@sparacinopllc.com"; Matt Fisher; Wolosky, Lee; Lichtman, Andrew; Bolas, Kathryn; Jason P. Hipp; "kjestin@jenner.com"; Bernstein, Alyssa G.; "sariail@jenner.com"; Caslin, Brent; Toral, Todd C.; Timothy Roehrs |
| **Subject:** | RE: Foley/Finan/Black/Shirley v. Lafarge - December 11, 2025 Meet and Confer |
| **Date:** | Tuesday, December 16, 2025 11:31:06 PM |
| **Attachments:** | 2025 12 18 Ltr Motion re Interim Dates(4455122.5).docx |

Counsel,

As discussed, please see attached our half of the letter moving to compel the interim deadlines we proposed on December 2.

Best,
Chase

**Chase H. Robinett**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7802

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Robinett, Chase H. <crobinett@kellogghansen.com>
**Sent:** Tuesday, December 16, 2025 9:36 PM
**To:** Zureick, Alyson <Alyson.Zureick@wilmerhale.com>; Paikin, Jonathan <Jonathan.Paikin@wilmerhale.com>; Yi, Karis <Karis.Yi@wilmerhale.com>; McIntosh, Michael A <michael.mcintosh@skadden.com>; Lefkowitz, Jacob G <jacob.lefkowitz@skadden.com>; Nelson, Timothy G. <timothy.g.nelson@skadden.com>; Bershteyn, Boris <boris.bershteyn@skadden.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; Sparacino, Ryan <ryan.sparacino@sparacinopllc.com>; 'adam.goldstein@sparacinopllc.com' <adam.goldstein@sparacinopllc.com>; Matt Fisher <matt.fisher@sparacinopllc.com>; Wolosky, Lee <lwolosky@willkie.com>; Lichtman, Andrew <alichtman@willkie.com>; Bolas, Kathryn <kbolas@willkie.com>; Jason P. Hipp <jhipp@jenner.com>; 'kjestin@jenner.com' <kjestin@jenner.com>; Bernstein, Alyssa G. <abernstein@jenner.com>; 'sariail@jenner.com' <sariail@jenner.com>; Caslin, Brent <bcaslin@jenner.com>; Toral, Todd C. <TToral@jenner.com>; Timothy Roehrs <TRoehrs@carlsonattorneys.com>
**Subject:** RE: Foley/Finan/Black/Shirley v. Lafarge - December 11, 2025 Meet and Confer

Alyson,

We are available to meet at 10:30 Eastern on Thursday. We will be circulating tonight our half of a letter moving to compel the interim deadlines that we proposed on December 2 and discussed last

week. If we do not reach consensus on that issue on the meet and confer, we anticipate filing the letter as soon as the meet and confer concludes, and therefore ask for your half before that time.

In addition, Defendants' latest position on Plaintiffs' First Set of Merits Interrogatories, *see* Ltr. from Michael McIntosh (Dec. 9, 2025), confirms that the parties are at impasse on Interrogatory Nos. 15-19, and commits to supplementing Defendants' response to Interrogatory No. 20. Please be prepared on our meet and confer to address (1) whether Defendants intend to change their position on Interrogatory Nos. 15-19, and, if so, by then they will supplement their responses to these Interrogatories, and (2) by when Defendants will supplement their response to Interrogatory No. 20.

Please also provide Defendants' positions on Plaintiffs' RFP Nos. 96-103. On December 2, we provided Plaintiffs' positions on these RFPs – explaining their relevance and why they are tailored to the needs of the cases. We have yet to receive any response. Please come to Thursday's meet and confer with Defendants' positions on these RFPs. If Defendants refuse to produce responsive documents, the parties will be at impasse.


Best,
Chase

**Chase H. Robinett**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7802

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Zureick, Alyson <Alyson.Zureick@wilmerhale.com>
**Sent:** Tuesday, December 16, 2025 3:48 PM
**To:** Robinett, Chase H. <crobinett@kellogghansen.com>; Paikin, Jonathan <Jonathan.Paikin@wilmerhale.com>; Yi, Karis <Karis.Yi@wilmerhale.com>; McIntosh, Michael A <michael.mcintosh@skadden.com>; Lefkowitz, Jacob G <jacob.lefkowitz@skadden.com>; Nelson, Timothy G. <timothy.g.nelson@skadden.com>; Bershteyn, Boris <boris.bershteyn@skadden.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; Sparacino, Ryan <ryan.sparacino@sparacinopllc.com>; 'adam.goldstein@sparacinopllc.com' <adam.goldstein@sparacinopllc.com>; Matt Fisher <matt.fisher@sparacinopllc.com>; Wolosky, Lee <lwolosky@willkie.com>; Lichtman, Andrew <alichtman@willkie.com>; Bolas, Kathryn <kbolas@willkie.com>; Jason P. Hipp <jhipp@jenner.com>; 'kjestin@jenner.com' <kjestin@jenner.com>; Bernstein, Alyssa G. <abernstein@jenner.com>; 'sariail@jenner.com' <sariail@jenner.com>; Caslin, Brent <bcaslin@jenner.com>; Toral, Todd C. <TToral@jenner.com>; Timothy Roehrs <TRoehrs@carlsonattorneys.com>
**Subject:** [EXTERNAL] RE: Foley/Finan/Black/Shirley v. Lafarge - December 11, 2025 Meet and Confer

Chase,

We are not available tomorrow.  We could meet on Thursday, any time between 10:30-12:00 or 12:30-3:00pm EST.  As I said, if you want to involve Judge Kuo once we've spoken, we will work with you on a brief joint letter requesting a conference.  It remains our expectation that we can work through the three issues you've identified.

Alyson

---

**From:** Robinett, Chase H. <crobinett@kellogghansen.com>
**Sent:** Tuesday, December 16, 2025 10:07 AM
**To:** Zureick, Alyson <Alyson.Zureick@wilmerhale.com>; Paikin, Jonathan <Jonathan.Paikin@wilmerhale.com>; Yi, Karis <Karis.Yi@wilmerhale.com>; McIntosh, Michael A <michael.mcintosh@skadden.com>; Lefkowitz, Jacob G <jacob.lefkowitz@skadden.com>; Nelson, Timothy G. <timothy.g.nelson@skadden.com>; Bershteyn, Boris <boris.bershteyn@skadden.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; Sparacino, Ryan <ryan.sparacino@sparacinopllc.com>; 'adam.goldstein@sparacinopllc.com' <adam.goldstein@sparacinopllc.com>; Matt Fisher <matt.fisher@sparacinopllc.com>; Wolosky, Lee <lwolosky@willkie.com>; Lichtman, Andrew <alichtman@willkie.com>; Bolas, Kathryn <kbolas@willkie.com>; Jason P. Hipp <jhipp@jenner.com>; 'kjestin@jenner.com' <kjestin@jenner.com>; Bernstein, Alyssa G. <abernstein@jenner.com>; 'sariail@jenner.com' <sariail@jenner.com>; Caslin, Brent <bcaslin@jenner.com>; Toral, Todd C. <TToral@jenner.com>; Timothy Roehrs <TRoehrs@carlsonattorneys.com>
**Subject:** RE: Foley/Finan/Black/Shirley v. Lafarge - December 11, 2025 Meet and Confer

**EXTERNAL SENDER**

Alyson,

Thanks for your email. We are available to meet and confer tomorrow between 11-1, 2-3, and 4-6 Eastern. Please let us know which window works best for you.

At the meet-and-confer, we expect Defendants to be able to answer the questions in our letter, including the proposed interim deadlines for discovery productions in this case. If Defendants still will not give us a clear position on our proposed interim deadlines, Plaintiffs will move to compel. We also ask that Defendants be able to inform us whether they will be changing their positions on any of Plaintiffs' Interrogatories and, if so, to provide a date by which they will supplement their answers.

We disagree with anything in your email suggesting that there is anything unreasonable about responding to a letter in four days—especially given your client's prior agreement to the December 22 deadline, which is now less than a week away—or any comments suggesting that Plaintiffs

"mischaracterize[d]" our prior conversation. As we explained last Thursday, we have been trying for months to get your client's position on these long-outstanding issues. So while we appreciate your professed commitment to work constructively and understand the position that you are in, the fact remains that we are nearly four months into discovery and still do not have Defendants' position on basic discovery questions. So unless we can get a commitment tomorrow on the issues in our letter, we will have to involve Judge Kuo. That said, we look forward to productively discussing a path forward tomorrow.

Best,
Chase

**Chase H. Robinett**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7802

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Zureick, Alyson <Alyson.Zureick@wilmerhale.com>
**Sent:** Monday, December 15, 2025 4:53 PM
**To:** Robinett, Chase H. <crobinett@kellogghansen.com>; Paikin, Jonathan <Jonathan.Paikin@wilmerhale.com>; Yi, Karis <Karis.Yi@wilmerhale.com>; McIntosh, Michael A <michael.mcintosh@skadden.com>; Lefkowitz, Jacob G <jacob.lefkowitz@skadden.com>; Nelson, Timothy G. <timothy.g.nelson@skadden.com>; Bershteyn, Boris <boris.bershteyn@skadden.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; Sparacino, Ryan <ryan.sparacino@sparacinopllc.com>; 'adam.goldstein@sparacinopllc.com' <adam.goldstein@sparacinopllc.com>; Matt Fisher <matt.fisher@sparacinopllc.com>; Wolosky, Lee <lwolosky@willkie.com>; Lichtman, Andrew <alichtman@willkie.com>; Bolas, Kathryn <kbolas@willkie.com>; Jason P. Hipp <jhipp@jenner.com>; 'kjestin@jenner.com' <kjestin@jenner.com>; Bernstein, Alyssa G. <abernstein@jenner.com>; 'sariail@jenner.com' <sariail@jenner.com>; Caslin, Brent <bcaslin@jenner.com>; Toral, Todd C. <TToral@jenner.com>; Timothy Roehrs <TRoehrs@carlsonattorneys.com>
**Subject:** [EXTERNAL] RE: Foley/Finan/Black/Shirley v. Lafarge - December 11, 2025 Meet and Confer

Chase,

Thank you for your letter.  I agree that the call on Thursday, December 11, was productive and very helpful to us as we get oriented and up to speed on the case.  We look forward to working cooperatively with you and the many other lawyers representing Plaintiffs in the related cases with respect to our respective discovery obligations.  And, as we discussed, we are hoping for a reset on the dialogue and the manner in which the parties have been interacting with one another.  It is our hope that, as part of that reset, we can avoid lengthy discovery letters that mischaracterize conversations so that we can focus on the task at hand.  Setting unilateral and

unreasonable deadlines for things, such as demanding responses over a weekend, is not productive either.  As we discussed, we understand Plaintiffs are frustrated by the pace of discovery to date, and we are moving expeditiously to get access to the database, digest a host of discovery requests and lengthy set of correspondence, and discuss numerous issues with our client (who is in a different time zone).  It is not true that Skadden did nothing, but we need to review the materials they are providing to us and, as noted, we are taking a fresh look at some of the positions taken.  We are speaking with our client this week and would propose a call with your team later in the week to move the ball forward.  To briefly address some of the issues in your letter:

Pending discovery disputes:  We do not agree there is an impasse on these issues and, indeed, we are working to resolve these issues in good faith.  None of these issues seems particularly more pressing than the others, and we are assessing how we might reach a point of compromise on these requests.  We also expect that each will implicate scope issues that will need to be folded into ongoing discussions about custodians and search terms.  So, we do not believe there will be a need to involve Judge Kuo, and that it is, in any event, premature at this point.  It would be mutually beneficial to see where things stand when we speak later this week, and if you still believe we need to send a short joint letter to the court asking for a telephonic conference, we will work with you on a joint letter.

Search terms and custodians:  The rhetoric in this part of your letter is particularly inconsistent with the tone we are hoping to set here, and it is, at minimum, an incomplete rendition of our discussion and the record.  In any event, what matters is what we discussed on the December 11 call about our mutual expectation that we will be able to make substantial progress on custodians this week, with search terms to follow.

Schedule for productions:  As we discussed, we expect to begin making substantial productions early next year and your proposal for January 12th is consistent with that approach.  As for when productions will be substantially complete, for reasons discussed, we are not in a position to provide an estimate and suggest that we focus on getting the process started.  I would note that we will, of course, also be following up on our outstanding discovery demands and serving additional discovery on Plaintiffs and we expect to work with you cooperatively on timing for your productions.

Requests for specific documents:  We are looking into each of these categories of documents, which we discussed on December 11.  We are working to make progress on the first two categories (Project Alpha exhibits, redacted documents produced in jurisdictional discovery) in advance of the holidays.  The third category may be more difficult until Defendants' French counsel are available.  As you know, they are currently engaged in the trial.

Again, rest assured we are working diligently on these issues in good faith and we appreciate your frustration with the pace of things to date.  Please give us more than a weekend to get up to speed and let's try to work together to move things forward expeditiously.  Let us know your availability for a call later this week.

Regards,

Alyson

---

**From:** Robinett, Chase H. <crobinett@kellogghansen.com>

**Sent:** Friday, December 12, 2025 12:39 PM
**To:** Zureick, Alyson <Alyson.Zureick@wilmerhale.com>; Paikin, Jonathan <Jonathan.Paikin@wilmerhale.com>; Yi, Karis <Karis.Yi@wilmerhale.com>; McIntosh, Michael A <michael.mcintosh@skadden.com>; Lefkowitz, Jacob G <jacob.lefkowitz@skadden.com>; Nelson, Timothy G. <timothy.g.nelson@skadden.com>; Bershteyn, Boris <boris.bershteyn@skadden.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; Sparacino, Ryan <ryan.sparacino@sparacinopllc.com>; 'adam.goldstein@sparacinopllc.com' <adam.goldstein@sparacinopllc.com>; Matt Fisher <matt.fisher@sparacinopllc.com>; Wolosky, Lee <lwolosky@willkie.com>; Lichtman, Andrew <alichtman@willkie.com>; Bolas, Kathryn <kbolas@willkie.com>; Jason P. Hipp <jhipp@jenner.com>; 'kjestin@jenner.com' <kjestin@jenner.com>; Bernstein, Alyssa G. <abernstein@jenner.com>; 'sariail@jenner.com' <sariail@jenner.com>; Caslin, Brent <bcaslin@jenner.com>; Toral, Todd C. <TToral@jenner.com>; Timothy Roehrs <TRoehrs@carlsonattorneys.com>
**Subject:** RE: Foley/Finan/Black/Shirley v. Lafarge - December 11, 2025 Meet and Confer

**EXTERNAL SENDER**

Counsel,

I am recirculating the letter we sent yesterday, this time including counsel from Skadden.

Best,
Chase

**Chase H. Robinett**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7802

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Robinett, Chase H. <crobinett@kellogghansen.com>
**Sent:** Thursday, December 11, 2025 10:04 PM
**To:** alyson.zureick@wilmerhale.com; jonathan.paikin@wilmerhale.com; karis.yi@wilmerhale.com
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; Sparacino, Ryan <ryan.sparacino@sparacinopllc.com>; 'adam.goldstein@sparacinopllc.com' <adam.goldstein@sparacinopllc.com>; Matt Fisher <matt.fisher@sparacinopllc.com>; Wolosky, Lee <lwolosky@willkie.com>; Lichtman, Andrew <alichtman@willkie.com>; Bolas, Kathryn <kbolas@willkie.com>; Jason P. Hipp <jhipp@jenner.com>; 'kjestin@jenner.com' <kjestin@jenner.com>; Bernstein, Alyssa G. <abernstein@jenner.com>; 'sariail@jenner.com' <sariail@jenner.com>; Caslin, Brent <bcaslin@jenner.com>; Toral, Todd C. <TToral@jenner.com>;

Timothy Roehrs <TRoehrs@carlsonattorneys.com>
**Subject:** Foley/Finan/Black/Shirley v. Lafarge - December 11, 2025 Meet and Confer

Counsel,

Please see the attached correspondence.

Best,
Chase

**Chase H. Robinett**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7802

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.