# Exhibit 4

| | |
|---|---|
| **From:** | Ruck, Jimmy A. |
| **To:** | michael.mcintosh@skadden.com; Jacob.lefkowitz@skadden.com; boris.bershteyn@skadden.com; timothy.g.nelson@skadden.com; jmusoff@loeb.com; John Piskora; Sarah Levitan Perry; Chloe Gordils |
| **Cc:** | SERVICE LAFARGE KELLOGG; Sparacino, Ryan; "adam.goldstein@sparacinopllc.com"; Matt Fisher; Wolosky, Lee; Lichtman, Andrew; Bolas, Kathryn; Toral, Todd C.; Caslin, Brent; Bernstein, Alyssa G.; Jestin, Katya; Ariail, Shreve; CCarlson@carlsonattorneys.com; TRoehrs@carlsonattorneys.com; DMatthias@carlsonattorneys.com; LSouthworth@carlsonattorneys.com |
| **Subject:** | Foley v. Lafarge S.A., No. 1:23-cv-05691-NGG-PK; Finan v. Lafarge S.A., No. 1:22-cv-07831-NGG-PK |
| **Date:** | Tuesday, November 11, 2025 10:14:39 PM |
| **Attachments:** | 2025 11 11 Ltr from J Ruck to J Lefkowitz re Search Terms and Custodians.pdf<br>2025 11 11 Attachment – Plaintiffs' Proposed Search Terms.docx |

Counsel,

Please see the attached letter and accompanying word document with proposed search terms for Plaintiffs' First and Second Set of Merits Requests for Production.

Best,
Jimmy

**Jimmy A. Ruck**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7911 | Fax: (202) 326-7999

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

November 11, 2025

*Via Electronic Mail*

Jacob G. Lefkowitz, Esq.
Skadden, Arps, Slate, Meagher
  & Flom LLP
One Manhattan West
New York, NY 10001

Michael A. McIntosh
Skadden, Arps, Slate, Meagher
  & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005

> Re: Plaintiffs' Proposed Seach Terms and Custodians in *Foley et al. v. Lafarge S.A. et al.*, No. 1:23-cv-05691-NGG-PK (E.D.N.Y.) and *Finan et al. v. Lafarge S.A. et al.*, No. 1:22-cv-07831-NGG-PK (E.D.N.Y.)

Dear Counsel:

**Search Terms.**  Enclosed with this letter please find Plaintiffs' proposed search terms and go-gets for Plaintiffs' First and Second Sets of Merits Requests for Production.  Please provide hit counts for each search term proposal.  If you would like to propose any revisions to Plaintiffs' proposed search terms, please do so using track changes in Word and explain the basis for any proposed changes in comments.

**Custodians.**  As reflected in Plaintiffs' Request for Production No. 5, Plaintiffs request that Defendants produce all Documents and Data contained in the "Investigatory Database" described in Mr. Piskora's May 14, 2024 letter to Mr. Branson (at 2-3).  These documents are unquestionably relevant to the issues in this case; the volume (approximately 280,000 documents) is proportional to the needs of this case; and since these documents are already collected and maintained in a database, there is minimal burden on Defendants to produce them here.  *See id.* at 3.

Plaintiffs also request that Defendants run Plaintiffs' proposed search terms against the complete custodial files of the custodians listed below, regardless of whether any portion of the

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

November 11, 2025
Page 2

custodians' files are contained in the investigatory database. To the extent there is overlap between responsive documents in these custodians' custodial files and the documents in the investigatory database, that can be addressed through the de-duping process.

    Plaintiffs propose the following custodians:

1. info.syria@lafarge.com
2. SY-LCS@lafarge.com
3. SY-Excom@lafarge.com
4. Abou-Eita, Tarek
5. al-Maaytah, Montaser
6. Al-Saleh, Hassan
7. al-Shabab, Thanaa Shiekh
8. Al Khaled, Mamdouh
9. Aldin, Essam Taki
10. Alkhayer (Khayer), Ammar
11. Anderson, Magail
12. Andre, Isabelle
13. Artinian, Sonia
14. Awad, Mazen Sheikh
15. Bash, Amjad
16. Benattar, Richard
17. Benyakhlef, Rachid
18. Bisiaux, Michel
19. Block, Jean Claude
20. Castel, Marc
21. Chungunco, Bi Yong
22. El-Ansary, Mohamed
23. El-Orabi, Zeinab
24. Elzaim (Alzaim), Sami
25. Fweity, Hala
26. Hammerl, Klaus
27. Haridy, Mohy
28. Hashish, Mahmoud
29. Herrault, Christian
30. Ibrahim, Samia
31. Jaloudi, Ahmad
32. Jolibois, Frédéric
33. Khodara, Jean-Jerome
34. Lafont, Bruno
35. Lisnic, Dan
36. Malis, Frederic
37. Mirakoff, Valery
38. Mouty, Johnny

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

November 11, 2025
Page 3

39. Olsen, Eric
40. Pescheux, Bruno
41. Roux, Guillame
42. Sandook, Nabil
43. Seguine, Helene
44. Seoudy, Ahmed
45. Vaisoul, Narkice
46. Vaniet, Nicolas
47. Veillard, Jean-Claude
48. Waerness, Jacob
49. Werder, Beat
50. Zend, Mohammad (a/k/a Mhd AlHadid)

Plaintiffs reserve all rights to amend their proposed search terms, go gets, and custodians. Please let us know when you are available to discuss Plaintiffs' proposals.

Sincerely,

/s/ James A. Ruck

James A. Ruck
*Counsel for Foley Plaintiffs*

cc: Timothy G. Nelson, Esq.
Boris Bershteyn, Esq.
Jay K. Musoff, Esq.
John Piskora, Esq.
Sarah Levitan Perry, Esq.
Chloe Gordils, Esq.

[Attachment]

**Proposed Search Terms For Plaintiffs' First and Second Sets of Merits Requests For Production**

**SEARCH STRING 1**:  "Project Alpha"

**SEARCH STRING 2**:  (ISIS* or ISIL* or (Islam* w/2 State) or Daesh or *Dawl* or Da'ish or Daiish or Daish or Daich or Daiich or "Da'ech" or Daech or Da'ysh or "ad-dawla*" or "wa-sh-sham" or ANF or *Nusra* or *Nosra* or *Nasra* or *Nousra* or Alraqqa* or Alraqa* or AQI* or *Qaeda* or *Qaida* or *Furquan* or "Establishment for Media" or (victory w/2 front) or "people of the levant" or *jihad* or "foreign fighter*" or "Jabhat Fateh al-Sham" or "Mujahedi al-sham" or "li-Ahl" or "al-sham min" or Bayada* or "crazy person" or "crazy people" or terrorist* or [insert any other code words You used internally to refer to ISIS or other armed groups operating in Syria or Iraq and run each as a stand-alone search term separated by "or"])

**SEARCH STRING 3**:  (Luqman* or Lukman or "Abu Ahmad" or Baghdadi* or alBaghdadi* or al-Baghdadi* or Qahtani or (Ahmad w/3 Jamal) or "ahmad.jamal1966@gmail.com" or "ajahmad@hotmail.com" or "ahmad_mohjamal@yahoo.com" or Adnani or Bashir or Basheer or "Abu Hamza" or "AlShamali" or "Al Shamali" or "Abu Abdallah" or Hamsi or "Abu ElNasser" or "Abu El Nasser" or "Sultan AlSaleh" or "Sultan Al Saleh" or "Abu Suleiman" or Taweel* or aljasm or alShawakh* or Shawakh*)

**SEARCH STRING 4**:  (*Tlas* or *Firas* or *Taleb* or Amro or FT or FTs or "Mass Co" or MAS* or "Min Ajl Suriyya" or Greenway or "Brazil Bridge" or (syri* w/3 partner) or "Nort* Logistics")

**SEARCH STRING 5**:  All emails to, from, or CC/BCC each of the following email addresses: firastlass01@gmail.com, amrotaleb@engineer.com, rufaida.alkhabaz@yahoo.com, amro_taleb@hotmail.com, amroutaleb@hotmail.com, firastlass@masgroup.net

**SEARCH STRING 6**:  ((PKK or PYD or manbej* or Grablus or (Euphrate* w/3 bridge*) or (Democratic Union) or (Tal* w/3 Abyad*) or ((*Raqqa* or *Raqa* or *Rakka* or *Raka* or *Ragga* or *Ragah*) w/3 People) or (ein w/3 eissa) or eineissa or (aleppo w/3 people) or "Air Secret Syrian" or (Air w/2 Syrian) or (Muhamed w/3 Lababedi) or "al furat" or alfurat or (assefa w/3 cham*) or goraba* or Tawheed* or AlTawheed* or (forsan w/3 furat) or (kadir w/5 saleh) or "al Kadir" or (gabar w/5 akidi) or "al Gabar" or algabar or gaber* or (Abu w/2 Golan*) or militi* or terrorist* or Dozdar* or Hamo* or ((free or Islamic*) w/2 army) or ((Menbej or Menbij) w/10 (attack* or terr*)) or FSA or (ahrar w/2 (cham or sham))) w/75 (pay* or agre* or brib* or tax* or transfer* or donat* or extort* or *SYP or *USD or *EUR))

**SEARCH STRING 7**:  (Syri* or Iraq* or Irak* or Turk* or Turq*) w/50 (compet* or rival*)

**SEARCH STRING 8**:  (cement* w/5 (Iraq* or Irak* or Turk* or Turq* or compet* or rival*)

**SEARCH STRING 9**:  (GOCGM or Albadiah or "Al badiah" or [insert names of your other competitors in Syria and Iraq each of which should be run as a stand-alone term with each term separated by an "or"])

**SEARCH STRING 10**:  (profit* or cost* or expense* or rev* or finac* or EBIT* or "income statement" or "cash flow") w/50 (syri* or "Lafarge Cement Syria" or LCS)

**SEARCH STRING 11**:  (((Jean* w/3 Block*) or Khaled* or Aldin* or AlHadid* or Hadid* or Alkhaled* or Khaled* or AlSaleh* or Saleh* or Alawad* or Awad* or Banasi* or Bahnasi* or

1

Bahnassi* or Bash* or Benattar* or Bisiaux* or Chungunco* or ElAnsary* or Ansary* or Fweity* or Haridy* or Herrault* or Jaloudi* or Jolibois* or Khodara* or Lafont* or Malis* or Mirakoff* or Mouty* or Olsen* or Pescheux* or Roux* or Sandook* or Shabab* or Taleb* or Tlas* or Vaniet* or Veillard* or Waerness* or Zend*) AND (fir* or quit* or resign* or depart* or dismiss* or dischar* or corrup* or agree* or coop* or indemn* or empl* or consul* or term* or sev*))

**SEARCH STRING 12**: ((Jalabiyeh* or Jalabiya* or Syri* or "Warehouse Management*" or plant or cement or concrete* or pozzolan* or pozolan* or HFO* or gyps* or hydrazine* or fuel* or petrol* or coal* or coke* or (pet w/2 coke*) or sand* or (raw w/2 material*) or oil* or (spare w/3 part*) or truck* or quarr*) AND (clos* or shut* or ceas* or oper* or run or evac* or withdr* or quit or leav* or stop* or abandon* or depar* or limit* or sanction* or meas* or step* or discus* or plan* or asses* or risk* or secu* or guard* or protect* or mercenar* or Blackwater or "black water" or BSC or "Xe Services" or Academi or (hire* w/3 rebel*) or corrup* or lawsuit* or suit* or complain* or arbitra* or invest* or legal* or crim* or *proceeding*))

**SEARCH STRING 13**: (((syri*) w/50 (compet* or rival* or GOCGM or Albadiah or "Al badiah" or "Royal Dutch" or Shell* or Total* or Suncor or Visa or Mastercard* or [insert names of your other competitors in Syria and run each as a stand-alone term with each competitor separated by "or"])) AND (withdr* or ceas* or evac* or withdr* or quit or leav* or left or stop* or abandon* or depar* or limit* or shut* or clos* or sanction*))

**SEARCH STRING 14**: ((Jalabiyeh* or Jalabiya* or (cement w/2 plant)) AND Egypt)

**SEARCH STRING 15**: ((Jalabiyeh* or Jalabiya* or syri* or cement or plant) AND ((process* or proced* or plan*) w/50 (shut* or ceas* or quit or withdr* or leav* or stop* or abandon* or depar*)))

**SEARCH STRING 16**: ((condition* or situat* or terror* or safe* or risk* or threat* or unsaf* or dang* or fear* or inj* or kidnap* or hijack* or sniper* or concern* or afraid* or kill* or viol* or withdr* or evac* or leav* or left or abandon* or exit or depar* or (check w/2 point*) or escort* or ((point or post) w/2 control) or Sarreen* or Saryeen* or (grain w/2 silo*) or passage* or alias*) AND (Jalabiyeh* or Jalabiya* or syri* or LCS))

**SEARCH STRING 17**: run as a stand-alone search term the name of each external auditor who was involved in (a) Your transactions with Tlass or Taleb or (b) LCS's accounting or financial practices, including but not limited to the external auditors that You referred to in ATA0009234 at -234 and ATA0009220

**SEARCH STRING 18**: (PescheuxO or "Pescheux -O")

**SEARCH STRING 19**: (JD* w/3 edward*) or "enterpriseone" or (enterprise* w/3 one*)

**SEARCH STRING 20**: (Foley* or Sotloff* or Schrier* or Mueller* or Padnos*)

**SEARCH STRING 21**: (FTO or "foreign terrorist organization*" or "terrorist watch list" or (designat* w/5 terroris*) or SDGT or SDN or "specially designated national")

**SEARCH STRING 22**:  (((syri*) AND (sanction* or "executive order" or EO or E.O. or 13582 or 13,582 or 13573 or 13,573 or 13572 or 13,572 or "state sponsor")) or "Executive Order 13,582" or "Executive Order 13,573" or "Executive Order 13,572" or "Executive Order 13582" or "Executive Order 13573" or "Executive Order 13572" or "EO 13,582" or "EO 13,573" or "EO 13,572" or "EO 13582" or "EO 13573" or "EO 13572")

**SEARCH STRING 23**:  run (a) as stand-alone search terms all known variations of the personal email accounts for Jean Claude Veillard, Christian Herrault, Bruno Pescheux, Frederic Jolibois, Jacob Waerness, Ahmad Jaloudi, Firas Tlass, Amro Taleb, Mamdouh al-Khaled, Hassan al-Saleh, Jean-Jerome Khodara, and Ahmad Jamal plus (b) the following searches:  ("professional address" or (personal* w/5 (email or "e-mail")) or ((*veillard* or *herrault* or *pescheux* or *jolibois* or *waerness* or *jaloudi* or *tlass* or *taleb* or "*al-Khaled*" or "*alkhaled*" or "*al-Saleh*" or "*alsaleh*" or "*Jamal*" or *khodara*) w/5 (*gmail* or *yahoo* or *hotmail* or *aol*)))

**SEARCH STRING 24**:  (PKK or kidnap* or kill* or death* or die* or murde* or fatal* or shot or shoot* or behead* or ransom* or hostage* or (check w/2 point*) or escort*)

## Go-Gets

Defendants should locate and produce documents responsive to the following Plaintiffs' Requests For Production:

- Request for Production 1
- Request for Production 5
- Request for Production 6
- Request for Production 8
- Request for Production 13
- Request for Production 14
- Request for Production 19
- Request for Production 20
- Request for Production 21
- Request for Production 22
- Request for Production 25
- Request for Production 35
- Request for Production 36
- Request for Production 37
- Request for Production 41
- Request for Production 43
- Request for Production 44
- Request for Production 45
- Request for Production 46
- Request for Production 47
- Request for Production 49
- Request for Production 51

- Request for Production 59
- Request for Production 63
- Request for Production 64
- Request for Production 65
- Request for Production 66
- Request for Production 69
- Request for Production 71
- Request for Production 72
- Request for Production 73
- Request for Production 74
- Request for Production 75
- Request for Production 76
- Request for Production 77
- Request for Production 78
- Request for Production 81
- Request for Production 82
- Request for Production 86
- Request for Production 87
- Request for Production 88
- Request for Production 90
- Request for Production 93
- Request for Production 94

Defendants should locate and produce certain documents responsive to the following Requests For Production, in addition to identifying relevant documents using search terms:

- Request for Production 2 (for all pleadings, written testimony, and transcripts)
- Request for Production 3 (for all pleadings, written testimony, and transcripts)
- Request for Production 7
- Request for Production 16 (for documents showing ISIS or ANF territorial control in Syria and Iraq)
- Request for Production 17 (for documents tracking sales volumes, profits, prices, or financial performance of Defendants' competitors in Syria or Iraq)
- Request for Production 18
- Request for Production 23 (for documents showing post-employment cooperation)
- Request for Production 24 (for documents about closing the Jalabiyeh cement plant)
- Request for Production 27
- Request for Production 28 (for documents about procedures to shut down the Jalabiyeh cement plant)
- Request for Production 32 (for documents about Tlass's or Taleb's expenditures made while performing services for Defendants)
- Request for Production 34 (for any risk assessments about the operating environment in Syria/Iraq and any specific plans to address those risk/threats)

4

- Request for Production 50 (for any internal LCS documents showing compliance with documents responsive to Request for Production 49)
- Request for Production 52 (for documents showing cards, passes, badges, or other insignia Defendants received from ISIS or ANF that granted Defendants access to roads, buildings, or other service areas in Syria)
- Request for Production 58 (for client alerts or other similar analyses provided by law firms)
- Request for Production 70 (for transcripts or notes from testimony, depositions, or interviews)
- Request for Production 84 (for decision to terminate or encourage resignations)
- Request for Production 85 (for fact disclosures)
- Request for Production 91