# Exhibit 6

| | |
|---|---|
| **From:** | Robinett, Chase H. |
| **To:** | Lefkowitz, Jacob G; Ruck, Jimmy A.; McIntosh, Michael A; Bershteyn, Boris; Nelson, Timothy G. |
| **Cc:** | SERVICE LAFARGE KELLOGG; Sparacino, Ryan; "adam.goldstein@sparacinopllc.com"; Matt Fisher; Wolosky, Lee; Lichtman, Andrew; Bolas, Kathryn; Toral, Todd C.; Caslin, Brent; Bernstein, Alyssa G.; Jestin, Katya; Ariail, Shreve; CCarlson@carlsonattorneys.com; TRoehrs@carlsonattorneys.com; DMatthias@carlsonattorneys.com; LSouthworth@carlsonattorneys.com |
| **Subject:** | RE: Foley v. Lafarge S.A., No. 1:23-cv-05691-NGG-PK; Finan v. Lafarge S.A., No. 1:22-cv-07831-NGG-PK |
| **Date:** | Wednesday, December 3, 2025 7:08:34 PM |

Jacob,

We are available to meet and confer on December 11 at 1pm Eastern. I will circulate a dial-in. If you have specific redlines you will be proposing to our search strings, we ask that you send a redline of them by Wednesday in order to maximize the meeting's productivity.

Thank you for agreeing to make a second production by December 8, which will include the Project Alpha report. But Defendants should produce organization charts and the unredacted jurisdictional-discovery documents in this production, too. These documents can be produced with a few clicks, and there is no justifiable reason for delaying their production.

We will look for your response to our November 10 letter early next week. We note that we are still awaiting a response to our November 24 email regarding Defendants' first production, as well.

Best,
Chase

**Chase H. Robinett**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7802

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Lefkowitz, Jacob G <Jacob.Lefkowitz@skadden.com>
**Sent:** Wednesday, December 3, 2025 8:35 AM
**To:** Robinett, Chase H. <crobinett@kellogghansen.com>; Ruck, Jimmy A. <jruck@kellogghansen.com>; McIntosh, Michael A <Michael.McIntosh@skadden.com>; Bershteyn, Boris <Boris.Bershteyn@skadden.com>; Nelson, Timothy G. <Timothy.G.Nelson@skadden.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; Sparacino, Ryan <ryan.sparacino@sparacinopllc.com>; 'adam.goldstein@sparacinopllc.com' <adam.goldstein@sparacinopllc.com>; Matt Fisher <matt.fisher@sparacinopllc.com>; Wolosky, Lee <lwolosky@willkie.com>; Lichtman, Andrew <alichtman@willkie.com>; Bolas, Kathryn <kbolas@willkie.com>; Toral, Todd C. <ttoral@jenner.com>; Caslin, Brent <bcaslin@jenner.com>; Bernstein, Alyssa G. <abernstein@jenner.com>; Jestin, Katya <kjestin@jenner.com>; Ariail, Shreve

<sariail@jenner.com>; CCarlson@carlsonattorneys.com; TRoehrs@carlsonattorneys.com; DMatthias@carlsonattorneys.com; LSouthworth@carlsonattorneys.com
**Subject:** [EXTERNAL] RE: Foley v. Lafarge S.A., No. 1:23-cv-05691-NGG-PK; Finan v. Lafarge S.A., No. 1:22-cv-07831-NGG-PK

Counsel,

Defendants are available for a meet and confer to discuss proposed custodians and search strings next week. We are available next Thursday, December 11 between 11:00 am-5:00 pm EST. Please let us know what works for you.

Additionally, Defendants agree to make their second production of documents to Plaintiffs by December 8, including the Project Alpha report, as set out in Defendants' Responses and Objections to Plaintiffs' First Set of Merits Requests for Production. This follows Defendants' production on November 21, 2025, of the documents that Defendants produced to the DOJ in connection with the matter of *United States v. Lafarge S.A., et al.*, No. 1:22-cr-00444-WFK (E.D.N.Y.). We are continuing to assess Plaintiffs' "go-get" requests to identify additional documents that can be produced following the next production on December 8.

Furthermore, we agree that December 22 is a reasonable deadline to agree upon custodians and search terms for ESI searches. As for the other deadlines Plaintiffs have proposed, we would like to discuss what would be a reasonable timeline for document review and production at our meet and confer.

Finally, Defendants will respond to your November 10 letter by early next week.

Best,
Jacob

---

**From:** Robinett, Chase H. <crobinett@kellogghansen.com>
**Sent:** Tuesday, December 2, 2025 4:57 PM
**To:** Ruck, Jimmy A. <jruck@kellogghansen.com>; Lefkowitz, Jacob G (NYC) <Jacob.Lefkowitz@skadden.com>; McIntosh, Michael A (WAS) <Michael.McIntosh@skadden.com>; Bershteyn, Boris (NYC) <Boris.Bershteyn@skadden.com>; Nelson, Timothy G. (NYC) <Timothy.G.Nelson@skadden.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; Sparacino, Ryan <ryan.sparacino@sparacinopllc.com>; 'adam.goldstein@sparacinopllc.com' <adam.goldstein@sparacinopllc.com>; Matt Fisher <matt.fisher@sparacinopllc.com>; Wolosky, Lee <lwolosky@willkie.com>; Lichtman, Andrew <alichtman@willkie.com>; Bolas, Kathryn <kbolas@willkie.com>; Toral, Todd C. <ttoral@jenner.com>; Caslin, Brent <bcaslin@jenner.com>; Bernstein, Alyssa G. <abernstein@jenner.com>; Jestin, Katya <kjestin@jenner.com>; Ariail, Shreve <sariail@jenner.com>; CCarlson@carlsonattorneys.com; TRoehrs@carlsonattorneys.com; DMatthias@carlsonattorneys.com; LSouthworth@carlsonattorneys.com
**Subject:** [Ext] RE: Foley v. Lafarge S.A., No. 1:23-cv-05691-NGG-PK; Finan v. Lafarge S.A., No. 1:22-cv-

07831-NGG-PK

Counsel,

It has been nearly three months since Plaintiffs served our first set of RFPs, yet Defendants have still produced next to no discovery in these matters. Nor does it appear that this situation will soon improve; Defendants have refused to engage in any conversations regarding search strings and custodians, and our many previous requests for the production of easily accessible go-gets have been refused. We still do not have any date certain by which Defendants will make their next production nor by when Defendants will even make a proposal on search terms. This situation is untenable. We cannot reasonably prepare our case and abide by the Court's schedule if Defendants continue to stonewall their document production.

In order to advance this matter forward in a reasonable manner, we propose that the parties agree to the following:

- Defendants produce the simple go-gets we've been seeking for months—specifically, the Project Alpha report and attending documents, organization charts, and material previously redacted during jurisdictional discovery—by December 8, 2025, with rolling productions for other non-ESI requests to continue thereafter.
- The parties will agree (or reach impasse) on initial custodians and search strings for ESI searches by December 22, 2025.
- Defendants will begin rolling productions for ESI by January 12, 2026.
- The parties will substantially complete production for all RFPs served to date by March 9, 2026.

We hope that Defendants are willing to agree to these reasonable deadlines—which will see rolling productions begin nearly four months after our first RFPs were served—without having to involve Judge Kuo. But if we do not have Defendants' agreement by this Friday, we will promptly move to compel these reasonable interim deadlines.

We are available to meet and confer on the above if helpful.

Best,
Chase

**Chase H. Robinett**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7802

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this

communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Ruck, Jimmy A. <jruck@kellogghansen.com>
**Sent:** Friday, November 21, 2025 12:58 PM
**To:** Lefkowitz, Jacob G <Jacob.Lefkowitz@skadden.com>; McIntosh, Michael A <Michael.McIntosh@skadden.com>; Bershteyn, Boris <Boris.Bershteyn@skadden.com>; Nelson, Timothy G. <Timothy.G.Nelson@skadden.com>; jmusoff@loeb.com; John Piskora <jpiskora@loeb.com>; Sarah Levitan Perry <sperry@loeb.com>; Chloe Gordils <cgordils@loeb.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; Sparacino, Ryan <ryan.sparacino@sparacinopllc.com>; 'adam.goldstein@sparacinopllc.com' <adam.goldstein@sparacinopllc.com>; Matt Fisher <matt.fisher@sparacinopllc.com>; Wolosky, Lee <lwolosky@willkie.com>; Lichtman, Andrew <alichtman@willkie.com>; Bolas, Kathryn <kbolas@willkie.com>; Toral, Todd C. <ttoral@jenner.com>; Caslin, Brent <bcaslin@jenner.com>; Bernstein, Alyssa G. <abernstein@jenner.com>; Jestin, Katya <kjestin@jenner.com>; Ariail, Shreve <sariail@jenner.com>; CCarlson@carlsonattorneys.com; TRoehrs@carlsonattorneys.com; DMatthias@carlsonattorneys.com; LSouthworth@carlsonattorneys.com
**Subject:** RE: Foley v. Lafarge S.A., No. 1:23-cv-05691-NGG-PK; Finan v. Lafarge S.A., No. 1:22-cv-07831-NGG-PK

Jacob,

At this time, we understand the parties have reached agreement on the scope of Defendants' production for the following Plaintiffs' RFPs: 6, 8, 9, 11, 12, 16, 24, 26-28, 31, 33, 52-57, 60-61, 69, 73, 74. Even though negotiations continue on other RFPs, several of our search strings do not implicate those negotiations and should be run immediately. More fundamentally, it is not reasonable to delay the negotiation of every search string and every custodian until every RFP is fully agreed upon. Defendants should proceed on search terms and custodians now, and the parties can adjust later if further RFP negotiations warrant updates.

## Search Strings

At a minimum, the following proposed Plaintiffs' search strings – numbers 1-5, 12, 13, 16, 20, and 21 (as designated in Plaintiffs' November 11 correspondence) – directly relate to these agreed-upon RFPs and Defendants should run these search strings immediately.

You say in part: "It does not make sense for the parties to negotiate those search terms and custodians now, even for requests we've agreed to produce, because any agreement on a single search term must account for the total review population." We do not understand what you mean by "any agreement on a single search term must account for the total review population."

Defendants can and should run agreed-upon search strings against the documents you have collected for agreed-upon custodians. When the parties reach agreement on subsequent search strings, you can run those new search strings against the same documents and then de-dupe against documents that previously hit on agreed-upon search strings. And if you collect more files, then you can run agreed-upon search strings against the new set of documents. These are

routine practices in discovery, and Plaintiffs do not understand the basis for your refusal to even contemplate negotiating search strings at this stage.

At bottom, are you saying that Defendants refuse to agree on *any* search string or custodian *until* the parties have final resolution of all of Plaintiffs' RFPs? If so, that position will lead to an unreasonable delay for Plaintiffs in receiving the overwhelming majority of Defendants' relevant documents. It is also prejudicial to Plaintiffs' ability to develop their case and hinders both parties' ability to identify proper deponents for fact depositions and then schedule these depositions. This potential position also stands contrary to the Court's repeated guidance to move discovery forward with alacrity.

**Custodians**

There is similarly no reason to delay negotiations of custodians. We expect Defendants to provide their position on all the custodians proposed in our November 11 correspondence promptly. We believe that all of those custodians' files should be searched.

We understand that Defendants intend to proceed with rolling productions. As a starting point for the first tranche of rolling productions, we expect Defendants will agree immediately to run the following 18 proposed custodians who were agreed-upon custodians for jurisdictional discovery: Bruno Lafont, Jean-Claude Veillard, Guillame Roux, Jean Claude Block, Bi Yong Chungunco, Eric Olsen, Nicolas Vaniet, Christian Herrault, Essam Taki Aldin, Jean-Jerome Khodara, Bruno Pescheux, Frédéric Jolibois, Jacob Waerness, Mazen Sheikh Awad, Valery Mirakoff, Nabil Sandook, Johnny Mouty, and Thanaa Shiekh al-Shabab. These are individuals involved in Plaintiffs' conspiracy allegations; therefore, they are likely to have relevant documents related to the parties' claims and defenses. We also expect Defendants to run, at a minimum, our agreed-upon search terms across Defendants' "investigatory database" identified in Plaintiffs' previous correspondence.

To kickstart negotiations, if you disagree with any of Plaintiffs' proposed search strings numbers 1-6, 12, 13, 16, 20, and 21 *or* if you disagree with any of these initial 18 proposed custodians (or the use of the "investigatory database" as a custodian), please let us know which ones and the basis for your disagreement. The parties can then proceed on that basis for Defendants' initial productions. To be clear, this is just a proposed way to efficiently sequence the negotiations, as we think these search strings and custodians should be essentially undisputed. In the meantime, the parties should diligently negotiate the remaining search terms and custodians so that rolling discovery can proceed in a timely fashion.

Your refusal, to date, to negotiate search strings and custodians is unreasonable. If Defendants maintain this position, Plaintiffs intend to raise this issue with the Court. As stated in my November 11 letter, Plaintiffs are willing to discuss these proposed search strings and custodians.

Best,
Jimmy

**Jimmy A. Ruck**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7911 | Fax: (202) 326-7999

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

**From:** Lefkowitz, Jacob G <Jacob.Lefkowitz@skadden.com>
**Sent:** Wednesday, November 19, 2025 2:05 PM
**To:** Ruck, Jimmy A. <jruck@kellogghansen.com>; McIntosh, Michael A <Michael.McIntosh@skadden.com>; Bershteyn, Boris <Boris.Bershteyn@skadden.com>; Nelson, Timothy G. <Timothy.G.Nelson@skadden.com>; jmusoff@loeb.com; John Piskora <jpiskora@loeb.com>; Sarah Levitan Perry <sperry@loeb.com>; Chloe Gordils <cgordils@loeb.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; Sparacino, Ryan <ryan.sparacino@sparacinopllc.com>; 'adam.goldstein@sparacinopllc.com' <adam.goldstein@sparacinopllc.com>; Matt Fisher <matt.fisher@sparacinopllc.com>; Wolosky, Lee <lwolosky@willkie.com>; Lichtman, Andrew <alichtman@willkie.com>; Bolas, Kathryn <kbolas@willkie.com>; Toral, Todd C. <ttoral@jenner.com>; Caslin, Brent <bcaslin@jenner.com>; Bernstein, Alyssa G. <abernstein@jenner.com>; Jestin, Katya <kjestin@jenner.com>; Ariail, Shreve <sariail@jenner.com>; CCarlson@carlsonattorneys.com; TRoehrs@carlsonattorneys.com; DMatthias@carlsonattorneys.com; LSouthworth@carlsonattorneys.com
**Subject:** [EXTERNAL] RE: Foley v. Lafarge S.A., No. 1:23-cv-05691-NGG-PK; Finan v. Lafarge S.A., No. 1:22-cv-07831-NGG-PK

Jimmy,

The parties are still negotiating the scope of document requests in connection with three sets of merits requests.  Those negotiations naturally will affect the search terms in play.  It does not make sense for the parties to negotiate those search terms and custodians now, even for requests we've agreed to produce, because any agreement on a single search term must account for the total review population.

It is also not productive to ask for "go gets" in the context of search term negotiations.  Any agreement to produce "go gets" will be in response to specific requests for production (and subsequent negotiations related thereto), not search terms.  As we have told you before, we will produce documents, including "go gets," on a rolling basis, including on Friday of this week.

Thanks,
Jacob

**From:** Ruck, Jimmy A. <jruck@kellogghansen.com>
**Sent:** Tuesday, November 18, 2025 8:30 PM
**To:** McIntosh, Michael A (WAS) <Michael.McIntosh@skadden.com>; Lefkowitz, Jacob G (NYC) <Jacob.Lefkowitz@skadden.com>; Bershteyn, Boris (NYC) <Boris.Bershteyn@skadden.com>; Nelson, Timothy G. (NYC) <Timothy.G.Nelson@skadden.com>; jmusoff@loeb.com; John Piskora

<jpiskora@loeb.com>; Sarah Levitan Perry <sperry@loeb.com>; Chloe Gordils <cgordils@loeb.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; Sparacino, Ryan <ryan.sparacino@sparacinopllc.com>; 'adam.goldstein@sparacinopllc.com' <adam.goldstein@sparacinopllc.com>; Matt Fisher <matt.fisher@sparacinopllc.com>; Wolosky, Lee <lwolosky@willkie.com>; Lichtman, Andrew <alichtman@willkie.com>; Bolas, Kathryn <kbolas@willkie.com>; Toral, Todd C. <ttoral@jenner.com>; Caslin, Brent <bcaslin@jenner.com>; Bernstein, Alyssa G. <abernstein@jenner.com>; Jestin, Katya <kjestin@jenner.com>; Ariail, Shreve <sariail@jenner.com>; CCarlson@carlsonattorneys.com; TRoehrs@carlsonattorneys.com; DMatthias@carlsonattorneys.com; LSouthworth@carlsonattorneys.com
**Subject:** [Ext] RE: Foley v. Lafarge S.A., No. 1:23-cv-05691-NGG-PK; Finan v. Lafarge S.A., No. 1:22-cv-07831-NGG-PK

Counsel,

We sent you Plaintiffs' proposed custodians and search strings for our first and second sets of merits requests for production a week ago.  When do you plan to provide a response?

While we recognize there is likely to be negotiation over some search strings, we hope the parties can reach near-term agreement on a number of Plaintiffs' proposed search strings in the meantime so that Defendants' rolling productions can proceed in a timely fashion.

We also sent you "go gets" for a number of Plaintiffs' requests for production.  Because these "go gets" are not tied to search strings, please let us know which "go gets" you agree to produce.

Best,
Jimmy

**Jimmy A. Ruck**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7911 | Fax: (202) 326-7999

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

---

**From:** Ruck, Jimmy A.
**Sent:** Tuesday, November 11, 2025 10:15 PM
**To:** michael.mcintosh@skadden.com; Jacob.lefkowitz@skadden.com; boris.bershteyn@skadden.com; timothy.g.nelson@skadden.com; jmusoff@loeb.com; John Piskora <jpiskora@loeb.com>; Sarah Levitan Perry <sperry@loeb.com>; Chloe Gordils <cgordils@loeb.com>
**Cc:** SERVICE LAFARGE KELLOGG <SERVICELAFARGEKELLOGG@lists.kellogghansen.com>; Sparacino, Ryan <ryan.sparacino@sparacinopllc.com>; 'adam.goldstein@sparacinopllc.com' <adam.goldstein@sparacinopllc.com>; Matt Fisher <matt.fisher@sparacinopllc.com>; Wolosky, Lee <lwolosky@willkie.com>; Lichtman, Andrew <alichtman@willkie.com>; Bolas, Kathryn

<kbolas@willkie.com>; Toral, Todd C. <ttoral@jenner.com>; Caslin, Brent <bcaslin@jenner.com>; Bernstein, Alyssa G. <abernstein@jenner.com>; Jestin, Katya <kjestin@jenner.com>; Ariail, Shreve <sariail@jenner.com>; CCarlson@carlsonattorneys.com; TRoehrs@carlsonattorneys.com; DMatthias@carlsonattorneys.com; LSouthworth@carlsonattorneys.com

**Subject:** Foley v. Lafarge S.A., No. 1:23-cv-05691-NGG-PK; Finan v. Lafarge S.A., No. 1:22-cv-07831-NGG-PK

Counsel,

Please see the attached letter and accompanying word document with proposed search terms for Plaintiffs' First and Second Set of Merits Requests for Production.

Best,
Jimmy

**Jimmy A. Ruck**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7911 | Fax: (202) 326-7999

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.


------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================================

------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.