# WILMERHALE

**David W. Bowker**

+1 202 663 6558 (t)
+1 202 663 6363 (f)
david.bowker@wilmerhale.com

January 7, 2026

*Via ECF*

The Honorable Peggy Kuo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Foley et al. v. Lafarge S.A. et al.*, No. 1:23-cv-05691-NGG-PK (E.D.N.Y.);
              *Finan et al. v. Lafarge S.A. et al.*, No. 1:22-cv-07831-NGG-PK (E.D.N.Y.);
              *Black et al. v. Lafarge S.A. et al.*, No. 1:24-cv-08901-NGG-PK (E.D.N.Y.); and
              *Shirley et al. v. Lafarge S.A. et al.*, No. 1:25-cv-04248-NGG-PK (E.D.N.Y.).

Dear Judge Kuo:

      We respectfully request that Defendants be allowed to submit a response to Plaintiffs' just filed letters, *Foley* Dkt. 135, 136, by Friday, January 9, 2026.

      Plaintiffs first provided sections of what should be joint letters at 3:24 pm on Monday, with a demand that Defendants provide their positions less than 24 hours later. Plaintiffs only provided their cited exhibits yesterday at 1:10 pm. Plaintiffs were previously apprised that yesterday undersigned counsel were in an all-day meeting with our client, who traveled from Switzerland. We informed Plaintiffs that we would provide our response for inclusion in a joint filing, but Plaintiffs inexplicably chose to file without affording us a reasonable amount of time to do so.

      We believe the Court would benefit from our response prior to a conference, including being updated on the significant progress made over the holidays to advance discovery, begin substantial rolling productions, and reach compromise on prior disputes since we first appeared in these matters on December 12. Plaintiffs' request for "interim deadlines" omits the status of substantive good faith meet and confer discussions regarding search terms and resulting volumes, which Plaintiffs appear to want to cut short and which materially impacts timing for substantial completion of document production. Plaintiffs declared "impasse" over two interrogatories predates our involvement and agreement to supplement.

WILMERHALE

January 7, 2026
Page 2

                                              Respectfully submitted,

                                              */s/ David W. Bowker*
                                              David W. Bowker
                                              Jonathan E. Paikin
                                              Albinas Prizgintas (*pro hac vice*)
                                              Wilmer Cutler Pickering
                                                  Hale and Dorr LLP
                                              2100 Pennsylvania Avenue N.W.
                                              Washington, D.C. 20037
                                              (202) 633-6000 (t)
                                              (202) 633-6363 (f)
                                              david.bowker@wilmerhale.com
                                              jonathan.paikin@wilmerhale.com
                                              albinas.prizgintas@wilmerhale.com

                                              Alyson Zureick
                                              Wilmer Cutler Pickering
                                                  Hale and Dorr LLP
                                              7 World Trade Center
                                              250 Greenwich Street
                                              New York, New York 10007
                                              (212) 937-7529 (t)
                                              (212) 230-8888 (f)
                                              alyson.zureick@wilmerhale.com

                                              *Counsel for Defendants*